JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
ARMEN BAGHDASARIAN BAR NO. 186447
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 13-01071 |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| SABRINA BURRELL, | |
| Defendant. | |

Pursuant to the above stipulation of the parties and Federal Rules of Civil Procedure, Rule 55, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, SABRINA BURRELL, as to claim one, in the total amount of $7,789.14 and as to claim two the total amount of $1,060.12 for a total judgment amount of $8,849.26.

Dated: April 23, 2013

TERRY NAFISI, CLERK
United States District Court
Central District of California

/s/ Jenny Lam
By: Deputy Clerk